UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CASE NO. 11-302 |
|        **Plaintiff** | * | |
| | * | |
| VS. | * | |
| | * | |
| THE BRYAN COMPANY, BRYAN | * | |
| CONSTRUCTION COMPANY, INC., STEVE | * | |
| BRYAN, MID-SOUTH HOUSTON PARTNERS | * | |
| MID-SOUTH DEVELOPMENT, L.L.C. A/K/A | * | |
| MSD, L.L.C., THE VINEYARDS | * | |
| APARTMENTS, L.L.C., EQUITY | * | |
| PROPERTIES, L.L.C. F/K/A WINDSOR | * | |
| APARTMENT, LP, CYPRESS LAKE | * | |
| DEVELOPMENT, L.L.C., STEPHEN G. HILL, | * | |
| PICKERING FIRM, INC. A/K/A PICKERING, | * | |
| INC., LARRY SINGLETON D/B/A | * | |
| SINGLETON HOLLOMON ARCHITECT, | * | |
| SHOWS DEARMAN & WAITS, INC., | * | |
| TIMOTHY R. BURGE PA D/B/A | * | |
| PROFESSIONAL ASSOCIATES, INC., | * | |
| CANIZARO CAWTHON DAVIS F/K/A | * | |
| CANIZARO TRIGIANI ARCHITECTS, | * | |
| SMITH ENGINEERING & SURVEYING, INC. | * | |
| A/K/A SMITH ENGINEERING FIRM, INC. | * | |
| A/K/A S.E.C.O., INC. D/B/A SMITH | * | |
| ENGINEERING CO., INC., EVANS-GRAVES | * | |
| ENGINEERS, AND J.V. BURKES & | * | |
| ASSOCIATES, INC. | * | |
|        **Defendants** | * | |
| | * | |
| and | * | |
| | * | |
| USA HOUSTON LEVEE DST, VINEYARDS | * | |
| AT CASTLEWOODS, L.L.C., SEC | * | |
| ACCOMMODATOR-TWIN OAKS L.L.C., | * | |
| CYPRESS LAKE RS, L.L.C., CYPRESS LAKE | * | |
| GARG, L.L.C. AND PELICAN POINTE-NE, LP | * | |
|        **Rule 19 Defendants** | * | |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**MOTION PURSUANT TO F.R.C.P. 19 & 24**

**NOW COMES** Orion Real Estate Services, Inc. ("Orion"), by and through its undersigned counsel, who respectfully requests this Court issue an Order permitting Orion to intervene as of right pursuant to Federal Rule of Civil Procedure 24 or, alternatively, adding Orion as a necessary defendant to the instant action under Federal Rule of Civil Procedure 19 based upon its appointment as Keeper of the property commonly referred to as Cypress Lake Apartments in Baton Rouge, Louisiana, all as more fully set forth in the accompanying memorandum in support.

**WHEREFORE**, in light of the foregoing and for all those reasons more fully set forth in the accompanying memorandum in support, Orion Real Estate Services, Inc. respectfully requests this Court issue an Order permitting it to intervene as of right pursuant to Federal Rule of Civil Procedure 24 or adding it as a necessary party defendant pursuant to Federal Rule of Civil Procedure 19.

Respectfully submitted,

By Counsel
On Behalf of Movant

/s/ J. Stephen Kennedy
J. Stephen Kennedy, MS Bar # 100040
BAKER, DONELSON, BEARMAN, CALDWELL
 & BERKOWITZ, PC
MAILING: Post Office Box 14167
Jackson, Mississippi 39236-4167
PHYSICAL: 4268 I-55 North,
Meadowbrook Office Park
Jackson, Mississippi 39211-6391
*Telephone*: (601) 351-2400
*Telecopier*: (601) 351-2424
skennedy@bakerdonelson.com

**CERTIFICATE OF SERVICE**

    I hereby certify that on January 13, 2012, a copy of the foregoing *Motion Pursuant to F.R.C.P. 19 & 24* has been served by electronic filing through the ECF System, which provides electronic notice to all counsel of record.

                                        /s/ J. Stephen Kennedy