UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | NO. 3:11-CV-302-CWR-LRA |
| **Plaintiff** | * | |
| | * | |
| **VS.** | * | |
| | * | |
| **THE BRYAN COMPANY, ET AL** | * | |
| **Defendants** | * | |
| | * | |
| **and** | * | |
| | * | |
| **USA HOUSTON LEVEE DST, ET AL** | * | |
| **Rule 19 Defendants** | * | |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

**CONSIDERING** the Unopposed Motion to Dismiss filed on behalf of Orion Real Estate Services, Inc., the relief requested therein and the law being in favor of same;

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that Orion Real Estate Services, Inc. shall be dismissed as a defendant in the captioned matter.

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that nothing in this Order shall be construed to affect the rights of the United States of America against any other defendant in the captioned litigation.

**SO ORDERED**, this the 21st day of August, 2012.


/s Carlton W. Reeves
UNITED STATES DISTRICT JUDGE

Submitted by:

J. Stephen Kennedy, MS Bar # 100040
BAKER, DONELSON, BEARMAN,
CALDWELL & BERKOWITZ, PC
MAILING: Post Office Box 14167
Jackson, Mississippi 39236-4167
Telephone: (601) 351-2400
Facsimile: (601) 251-2424

AND

John B. Davis (La Bar#23025) PHV
Andrew C. Kolb (La Bar#28110) PHV
BAKER, DONELSON, BEARMAN,
CALDWELL & BERKOWITZ, PC
450 Laurel Street, 20th Floor
Chase Tower North
Baton Rouge, Louisiana 70801
Telephone: (225) 381-7000
Facsimile: (225) 382-0245

*Counsel for Orion Real Estate Services, Inc.*