```
```

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

_____

**UNITED STATES OF AMERICA,**

      **Plaintiff,**

v.                                   No.:    3:11-cv-00302-CWR-LRA

**THE BRYAN COMPANY, et al.**

_____

**MOTION TO DISMISS WITH PREJUDICE DEFENDANTS STEPHEN G. HILL; PICKERING FIRM, INC. A/K/A PICKERING, INC.; LARRY SINGLETON D/B/A SINGLETON HOLLOMAN ARCHITECTS; H.D. LANG AND ASSOCIATES, INC.; RICHARD A. BARRON; SHOWS, DEARMAN & WAITS, INC.; CANIZARO CAWTHON DAVIS F/K/A CANIZARO TRIGIANI ARCHITECTS; EVANS GRAVES ENGINEERS, INC.; AND J.V. BURKES & ASSOCIATES, INC.**

_____

Pursuant to Federal Rule of Civil Procedure 41(a)(2), Plaintiff United States requests that the Court dismiss with prejudice Defendants Stephen G. Hill; Pickering Firm, Inc. a/k/a Pickering, Inc.; Larry Singleton d/b/a Singleton Holloman Architects; H.D. Lang and Associates, Inc.; Richard A. Barron; Shows, Dearman & Waits, Inc.; Canizaro Cawthon Davis f/k/a Canizaro Trigiani Architects; Evans Graves Engineers, Inc.; and J.V. Burkes & Associates, Inc. (hereinafter collectively referred to as the "Design Professional Defendants").  In support of its motion, the United States submits that:

1.      Plaintiff United States and Design Professional Defendants entered into a Consent Order (Dkt. No. 374) that resolves all of the United States' claims against the Design Professional Defendants.

2. The Design Professional Defendants have made the payment specified in Paragraph 21 of the Consent Order, and thus all conditions set forth for dismissal in paragraph 36 of the Consent Order have been fulfilled.

3. Following the dismissal of the Design Professional Defendants, the Court will retain jurisdiction to enforce the terms of the Consent Order pursuant to Paragraphs 35 and 36 of the Consent Order.

Accordingly, Plaintiff United States moves the Court to dismiss all claims in this action against the Design Professional Defendants with prejudice pursuant to Fed. R. Civ. P. 41(a)(2).

Respectfully submitted this 22nd day of July, 2013.

| | |
|---|---|
| GREGORY K. DAVIS<br>United States Attorney<br>Southern District of Mississippi | JOCELYN SAMUELS<br>Acting Assistant Attorney General<br>Civil Rights Division |
| | /s/ Carrie Pagnucco |
| MITZI DEASE PAIGE, MS Bar # 6014<br>Civil Chief<br>Office of the United States Attorney for the<br>  Southern District of Mississippi<br>501 East Court Street<br>Suite 4.430<br>Jackson, Mississippi  38103<br>Tel: 601-973-2840<br>Fax: 601-965-4409<br>E-mail: mitzi.paige@usdoj.gov | STEVEN H. ROSENBAUM<br>Chief<br>MICHAEL S. MAURER<br>Deputy Chief<br>DC Bar # 420908<br>TANYA ILONA KIRWAN, MD Bar<br>RYAN G. LEE, WI Bar # 1041468<br>CARRIE PAGNUCCO, NY Bar, DC Bar #<br>  1000551<br>Trial Attorneys<br>U.S. Department of Justice<br>Civil Rights Division<br>Housing and Civil Enforcement Section<br>950 Pennsylvania Avenue, N.W.<br>Northwestern Building, 7th Floor<br>Washington, D.C.  20530<br>Tel: (202) 514-4713<br>Fax: (202) 514-1116<br>E-mail:  carrie.pagnucco@usdoj.gov |