IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

---

**UNITED STATES OF AMERICA,**

   **Plaintiff,**

v.             No.:  3:11-cv-00302-CWR-LRA

**THE BRYAN COMPANY, et al.,**

   **Defendants**

---

**ORDER TO DISMISS WITH PREJUDICE DEFENDANTS STEPHEN G. HILL; PICKERING FIRM, INC. A/K/A PICKERING, INC.; LARRY SINGLETON D/B/A SINGLETON HOLLOMAN ARCHITECTS; H.D. LANG AND ASSOCIATES, INC.; RICHARD A. BARRON; SHOWS, DEARMAN & WAITS, INC.; CANIZARO CAWTHON DAVIS F/K/A CANIZARO TRIGIANI ARCHITECTS; EVANS GRAVES ENGINEERS, INC.; AND J.V. BURKES & ASSOCIATES, INC.**

---

  Upon consideration of Plaintiff United States' Motion to Dismiss With Prejudice (Dkt. No. 384), it is hereby **ORDERED** that Plaintiff's motion is **GRANTED**, and Defendants Stephen G. Hill; Pickering Firm, Inc. A/K/A Pickering, Inc.; Larry Singleton D/B/A Singleton Holloman Architects; H.D. Lang and Associates, Inc.; Richard A. Barron; Shows, Dearman & Waits, Inc.; Canizaro Cawthon Davis F/K/A Canizaro Trigiani Architects; Evans Graves Engineers, Inc.; and J.V. Burkes & Associates, Inc. are **DISMISSED WITH PREJUDICE** in accordance with Paragraph 36 of the Consent Order Between Plaintiff United States and the Design Professional Defendants (Dkt. No.374).  Pursuant to Paragraphs 35 and 36, the Court will retain jurisdiction to enforce the terms of the Consent Order.

  **SO ORDERED**, this 22nd day of July, 2013.

                 s/ Carlton W. Reeves
                 UNITED STATES DISTRICT JUDGE

Respectfully submitted this 22nd day of July, 2013.

| | |
|---|---|
| GREGORY K. DAVIS<br>United States Attorney<br>Southern District of Mississippi | JOCELYN SAMUELS<br>Acting Assistant Attorney General<br>Civil Rights Division |

| | |
|---|---|
| MITZI DEASE PAIGE, MS Bar # 6014<br>Civil Chief<br>Office of the United States Attorney for the<br>  Southern District of Mississippi<br>501 East Court Street<br>Suite 4.430<br>Jackson, Mississippi  38103<br>Tel: 601-973-2840<br>Fax: 601-965-4409<br>E-mail: mitzi.paige@usdoj.gov | /s/ Carrie Pagnucco<br>STEVEN H. ROSENBAUM<br>Chief<br>MICHAEL S. MAURER<br>Deputy Chief<br>DC Bar # 420908<br>TANYA ILONA KIRWAN, MD Bar<br>RYAN G. LEE, WI Bar # 1041468<br>CARRIE PAGNUCCO, NY Bar, DC Bar #<br>  1000551<br>Trial Attorneys<br>U.S. Department of Justice<br>Civil Rights Division<br>Housing and Civil Enforcement Section<br>950 Pennsylvania Avenue, N.W.<br>Northwestern Building, 7th Floor<br>Washington, D.C.  20530<br>Tel: (202) 514-4713<br>Fax: (202) 514-1116<br>E-mail: carrie.pagnucco@usdoj.gov |